LOFTIN EQUIPMENT COMPANY, UNITED STATES of America, For the Use and Benefit of LOFTIN EQUIPMENT COMPANY; Loftin Equipment Company, Plaintiffs–Cross Defendants–Appellees

v.

AMX VSS, L.L.C.; American Safety Casualty Insurance Company, doing business as American Safety Claims Services, Incorporated, Defendants–Third Party Plaintiffs–Appellants.

No. 13–50256.

United States Court of Appeals, Fifth Circuit.

July 14, 2014.

Lisa Marie Norman, Andrews Myers, P.C., Houston, TX, for Plaintiffs–Cross Defendants–Appellees.

David P. Kallus, I, Kallus Law Firm, The Woodlands, TX, William Feldman, Attorney, Kent Geoffrey Rutter, Esq., Haynes & Boone, L.L.P., Houston, TX, for Defendants–Third Party Plaintiffs–Appellants.

Before HIGGINBOTHAM, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The court has heard oral argument and considered the briefs and pertinent portions of the record in this case. Having done so, we conclude that no reversible error of fact or law has been shown regarding the judgment of liability against AMX and its surety American Safety, but the parties' agreements were not sufficiently specific to override federal law regarding post-judgment interest. As to these parties, the judgment is AFFIRMED as REFORMED to reflect a post-judgment interest rate according to federal law.

We also conclude that the district court erred in refusing to allow the jury to consider issues pertaining to Brown Electric's breach of its contract with AMX, and we REVERSE and REMAND for further proceedings on that claim.[1]

The judgment of the district court is accordingly **AFFIRMED** as **REFORMED** in part and **REVERSED and REMANDED** in part.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Given that Brown Electric lacked the financial resources to file a brief on appeal, and that Loftin was granted judgment against Brown Electric to the same extent as against AMX and American Safety, this remand is probably a pyrrhic victory at best, a potential waste of resources at worst.